ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND    *

   *    COURT OF APPEALS

   *

   *    OF MARYLAND

*Petitioner*    *

   *    Misc. Docket AG

v.    *

   *    No. 62
ANUJ SUD    *    September Term, 2017

   *

   *

   *

*Respondent*    *

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

The Court of Appeals of Maryland, having considered the Joint Petition for

Disbarment by Consent filed by Petitioner, the Attorney Grievance Commission of

Maryland, and Respondent, Anuj Sud, it is the  8th , day of     February      , 2018;

ORDERED, that Anuj Sud, be, and he is hereby, disbarred, effective immediately,

from the further practice of law in the State of Maryland for violating Maryland Lawyers'

Rules of Professional Conduct 8.4(b) and (d); and it is further

ORDERED, that the Clerk of this Court shall strike the name of Anuj Sud from the

register of attorneys and, pursuant to Maryland Rule 19-761, shall certify the fact to the

Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.


/s/ Clayton Greene Jr.
_____
Senior Judge